UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MATTHEW MULLER,

    Plaintiff,

  v.

ALAMEDA COUNTY, et al.,

    Defendants.

Case No. 20-cv-03516-RS (PR)

**ORDER OF DISMISSAL**

Plaintiff has not complied with the Court's order to file an amended complaint by the deadline. Accordingly, this federal civil rights action is DISMISSED (without prejudice) for failing to comply with the Court's order and for failing to prosecute, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any such motion <u>must</u> contain an amended complaint that complies in all respects with the order dismissing the original complaint with leave to amend. The Clerk shall terminate all pending motions, enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED.**

**Dated:** November  9 , 2020

_____
RICHARD SEEBORG
United States District Judge