UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MATTHEW MULLER,

   Plaintiff,

  v.

ALAMEDA COUNTY, et al.,

   Defendants.

Case No. 20-cv-03516-RS (PR)

**JUDGMENT**

  This federal civil rights action having been dismissed without prejudice, judgment is entered in favor of defendants.

  **IT IS SO ORDERED.**

**Dated:** November _9_, 2020

_____
RICHARD SEEBORG
United States District Judge